1  John R. Barhoum, WSBA No. 42776
   Email: john.barhoum@chockbarhoum.com
2  Chock Barhoum LLP
   121 SW Morrison St., Suite 500
3  Portland, OR  97204
   Telephone: (503) 223-3000
4  Facsimile: (503) 943-3321

5      Attorneys for Defendant Maverik, Inc.

6

7                 IN THE UNITED STATES DISTRICT COURT

8          EASTERN DISTRICT OF WASHINGTON AT SPOKANE

9  SHIRLEY TUCKER-COLLINS and              )
   DAVID COLLINS, individually and the     )    Civil Case No. ____2:22-cv-26____
10 marital community composed thereof,     )
                                           )
11      Plaintiffs,                        )
                                           )    **DEFENDANT MAVERIK, INC.'S**
12 vs.                                     )    **NOTICE OF REMOVAL OF**
                                           )    **ACTION**
13 MAVERIK, INC., a Utah corporation,      )
                                           )    **JURY TRIAL DEMANDED**
14      Defendant.                         )

15 .

16 _____

17      **TO: THE CLERK OF THE ABOVE-ENTITLED COURT:**

18      PLEASE TAKE NOTICE that pursuant to 28 U.S.C. § 1441, 1446 and 1332(2), Maverik,

19 Inc. a Utah corporation, ("Defendant") removes this action from the Superior Court of the State of

20 Washington for the County of Spokane to the United States District Court for the Eastern District

21 of Washington in Spokane, Washington.

22                        **RELEVANT FACTS**

23      On January 31, 2022, Plaintiff filed a Complaint in the Superior Court of Spokane County,

24 Washington. Copies of the Summons and Complaint are attached hereto as Exhibits A and B,

25 respectively.  *See* Declaration of John Barhoum (hereinafter "Barhoum Dec."), ¶2.  On February

26 7, 2022, Plaintiffs served Maverik, Inc. with a Summons and Complaint captioned *Shirley Tucker-*

27 *Collins and David Collins, individually and the marital community property thereof vs. Maverik,*

28 *Inc., a Utah Corporation*, Case No: 22-2-00323-32, filed in the Superior Court for the State of

**NOTICE OF REMOVAL OF ACTION - JURY TRIAL DEMANDED**- 1

1  Washington for the County of Spokane. *See* Barhoum Dec., ¶3, Ex. C. These documents, taken

2  together, constitute all process, pleadings and orders served on Maverik, Inc. in that action up to

3  the present date.  Barhoum Dec., ¶5.

4  **GROUNDS FOR REMOVAL**

5  Pursuant to 28 U.S.C. § 1441(a), a defendant may remove an action filed in the state court

6  to the United States District Court if the district court has diversity jurisdiction under 28 U.S.C. §

7  1332(a)(1). If the case started by the initial pleading is not removable, a notice of removal may be

8  filed within thirty days after receipt by the defendant, through service or otherwise, a copy of an

9  amended pleading, motion, order or other paper from which it may first be ascertained that the

10  case is one which is or has become removable. 28 U.S.C. § 1441(b)(3).

11  The Plaintiffs' claims for relief against Defendant exceed $75,000. Barhoum Dec., ¶ 4, Ex.

12  D.  Additionally, Plaintiffs and Defendant reside in different states. According to the Complaint,

13  Plaintiffs reside in Idaho.  Complaint, ¶ 1.1.  Defendant is a corporation organized under the laws

14  of Utah with its principal place of business in Salt Lake City, Utah.  Barhoum Dec., ¶ 6.

15  This is an action over which the United States District Court has diversity jurisdiction

16  pursuant to 28 U.S.C. § 1332(a)(1).

17  **TIMELINESS AND PROCEDURE**

18  This Notice of Removal is timely pursuant to 28 U.S.C. § 1446(b), as less than 30 days

19  have elapsed since copies of the Summons and Complaint were served on Maverik, Inc. A copy

20  of the Declaration of Service is attached to the Barhoum Dec. as Ex. C.

21  No further proceedings have occurred in the Superior Court of the State of Washington for

22  the County of Spokane as of the date of this removal other than outlined herein.

23  Counsel for Defendant will file a copy of this Notice of Removal with the Clerk of the

24  Superior Court of the State of Washington for the County of Spokane and will give notice of same

25  to Plaintiffs as required by 28 U.S.C. § 1446(d).

26  / / /

27  / / /

28  / / /

**NOTICE OF REMOVAL OF ACTION - JURY TRIAL DEMANDED**- 2

1    WHEREFORE, Defendant prays that this action be removed from the Superior Court for

2  the County of Spokane and placed on the docket of the United States District Court for the Western

3  District of Washington in the Spokane Division.

4    Dated this 22ⁿᵈ day of February, 2022.

5    **CHOCK BARHOUM** LLP

6

7    _____
    John R. Barhoum, WSBA No. 42776
    Email: john.barhoum@chockbarhoum.com
8        Attorney for Defendant Maverik, Inc.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**NOTICE OF REMOVAL OF ACTION - JURY TRIAL DEMANDED**- 3

1

2

3

4

John R. Barhoum, WSBA No. 42776
Email: john.barhoum@chockbarhoum.com
Chock Barhoum LLP
121 SW Morrison St., Suite 500
Portland, OR  97204
Telephone: 503.223.3000
Facsimile:  503.943.3321

5

Attorneys for Defendant Maverik, Inc.

6

7

8

9

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON AT SPOKANE

10

11

SHIRLEY TUCKER-COLLINS and
DAVID COLLINS, individually and the
marital community composed thereof,

)
)
)
)

Civil Case No.  2:22-cv-26

12

Plaintiffs,

)
)

**CERTIFICATE OF SERVICE**

13

vs.

)
)

14

MAVERIK, INC., a Utah corporation,

)
)
)

15

Defendant.

)
)

16

17

I hereby certify that on this 22nd day of February, 2022., I will electronically file the foregoing

18

with the Clerk of the Court using the CM/ECF system, which will then send a notification of such

19

filing to all registered individuals.

20

Additionally, I hereby certify that a true copy of the foregoing **NOTICE OF REMOVAL**

21

**OF ACTION** was served as stated below on:

22

/ / /

23

/ / /

24

/ / /

25

26

27

28

CERTIFICATE OF SERVICE

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Lloyd A. Herman
Lloyd A. Herman & Associates, P.S.
213 N University Road
Spokane Valley, WA 99206
    *Attorneys for Plaintiff*

☐ By hand delivery
☑ By first-class mail*
☐ By facsimile transmission
☐ Fax #: (509) 922-4720
☑ By e-mail:
   lloydherm@aol.com
☑ By eFiling Application to the extent registered

*With first-class postage prepaid and deposited in Portland, Oregon.

    Dated this 22nd day of February, 2022.

**CHOCK BARHOUM LLP**

_____
John R. Barhoum, WSBA No. 42776
Email: john.barhoum@chockbarhoum.com
    Attorney for Defendant Maverik, Inc.

CERTIFICATE OF SERVICE