FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 15, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SHIRLEY TUCKER-COLLINS and DAVID COLLINS, individually and the marital community composed thereof,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>MAVERIK INC.,<br><br>　　　　　Defendant. | No. 2:22-cv-00026-MKD<br><br>ORDER DISMISSING CASE<br><br>**ECF No. 7** |

Before the Court is the parties' Stipulation for and Order of Dismissal, ECF No. 7.  The parties state they have resolved this case and stipulate to the entry of an order dismissing the action with prejudice, with each party bearing its own costs and fees.  Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Court accepts the notice of stipulation and dismisses the action with prejudice.

ORDER - 1

Accordingly, **IT IS ORDERED:**

1. The parties' Stipulation for and Order of Dismissal, **ECF No. 7**, is **ACCEPTED**.

2. This action, including all claims and counterclaims against all parties, shall be **DISMISSED with prejudice,** with all parties to bear their own costs and attorney fees.

3. Any pending motions are **DENIED as moot**.

4. All hearings and other deadlines are **STRICKEN**.

5. The District Court Executive is directed to enter this Order, provide copies to counsel, and **CLOSE** the file.

DATED April 15, 2022.

*s/Mary K. Dimke*
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER - 2